Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com





**Dean Lindsay Chapman, Jr.**
+1 212.872.8095/fax: +1 212.872.1002
dchapman@akingump.com

April 11, 2025

> Application GRANTED. The conference scheduled for April 24, 2025 is ADJOURNED to **May 7, 2025** at 12:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate ECF No. 62.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: April 14, 2025
>      New York, New York

VIA ECF

The Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Federal National Mortgage Association v. BUFNY II Associates, L.P. et al.*, 1:23-cv-09795-JGLC

Dear Judge Clarke:

    We represent Plaintiff Federal National Mortgage Association ("Plaintiff") in the above-captioned action and write in connection with this Court's April 9, 2025 order directing the parties to appear for a conference on Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 57) on April 24, 2025 at 10:00 a.m. (the "Conference").

    Pursuant to Rule 2(e) of this Court's Individual Rules and Practices in Civil Cases, we write to request an adjournment of the Conference because we are unavailable on April 24. We have consulted with counsel to Defendant BUFNY II Associates, L.P. ("BUFNY"), and both Plaintiff and BUFNY are available to appear anytime on May 6 or May 7 or the afternoon of May 8.

    On April 10, 2024, we reached out to counsel for the other defendants who have appeared in this case—the New York City Department of Housing Preservation and Development, the City of New York, the New York City Environmental Control Board, and the Housing Trust Fund Corporation—and informed them of our intention to seek an adjournment to May 6-8. None of those counsel have objected or otherwise indicated they are unavailable.

    This is Plaintiff's first request for an extension.

    We appreciate the Court's attention to this matter and are available to answer any questions or address any concerns the Court may have.

Akin

The Honorable Jessica G.L. Clarke
April 11, 2025
Page 2

                                      Respectfully submitted,

                                      */s/ Dean Lindsay Chapman, Jr.*
                                      Dean Lindsay Chapman, Jr.