UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

                    Plaintiff,

-against-

BUFNY II ASSOCIATES, L.P., HOUSING TRUST FUND CORPORATION, THE CITY OF NEW YORK, SALIMATA BOKUM, ALMAMY JAMMEH, LAMINE KONE, the NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, the NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, and JOHN DOES #1 THROUGH JOHN DOE #100, inclusive, the names of the last 100 defendants being fictitious, the true names of said defendants being unknown to plaintiff, it being intended to designate any occupants or tenants of the mortgaged premises who are in default in the payment of rent for which a proceeding is now pending by the mortgagor and/or other persons or parties having or claiming an interest in or lien upon the mortgaged premises subordinate to that of the mortgagee, if the aforesaid individual defendants are living, and if any or all of said individual defendants be dead, their heirs at law, next of kin, distributes, executors, administrators, trustees, committees, devisees, legatees and the assignees, lienors, creditors, successors in interest of them, and generally all persons having or claiming under, by, through or against the said defendants named as a class, any right, title or interest in or lien upon the premises described in the complaint herein,

                    Defendant(s).

23-CV-9795 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      As discussed during the conference on May 7, 2025, Plaintiff shall file a revised proposed judgment and revised proposed order by **May 15, 2025**, along with a letter explaining the basis for the proposed appropriate bond and depository, sales referee, newspapers, and fees.

    Because Junior Lienholder Defendants have failed to appear in this action and have failed to respond to the Court's order to show cause at ECF No. 61, Plaintiff's motion for default judgment against Junior Lienholder Defendants is GRANTED. A final judgment will be entered after the Court receives Plaintiff's revised submission.

Dated: May 7, 2025
       New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge