UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>       Plaintiff,<br><br>  -vs.-<br><br>BUFNY II ASSOCIATES, L.P., et al.,<br><br>       Defendants. | No. 1:23-cv-09795-JGLC<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Judgment was entered on May 15, 2025. *See* ECF No. 71. Accordingly, the Clerk of Court is directed to CLOSE this case.

Dated: May 27, 2025
    New York, New York

                SO ORDERED.

                *Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge