UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                                    Plaintiff,

                    -against-

BUFNY II ASSOCIATES, L.P., et al.,

                                    Defendants.

23-CV-9795 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court having reviewed Plaintiff's motion for approval of the Receiver's retainer of legal counsel and appointment of a property manager, *see* ECF No. 79, hereby GRANTS both of Plaintiff's requests. The Court (1) approves the Receiver's retainer of H&K as counsel in connection with this receivership; and (2) permits the Receiver to engage CREMAC as property manager for the Property pursuant to the Receivership Order. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 79.

Dated:  December 1, 2025
          New York, New York

                                    SO ORDERED.

                                    Jessica Clarke
                                    _____
                                    JESSICA G. L. CLARKE
                                    United States District Judge