**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                              Plaintiff,<br><br>    -vs.-<br><br>BUFNY II ASSOCIATES, L.P., HOUSING TRUST FUND CORPORATION, THE CITY OF NEW YORK, SALIMATA BOKUM, ALMAMY JAMMEH, LAMINE KONE, the NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, the NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, and JOHN DOES #1 THROUGH JOHN DOE #100, inclusive, the names of the last 100 defendants being fictitious, the true names of said defendants being unknown to plaintiff, it being intended to designate any occupants or tenants of the mortgaged premises who are in default in the payment of rent for which a proceeding is now pending by the mortgagor and/or other persons or parties having or claiming an interest in or lien upon the mortgaged premises subordinate to that of the mortgagee, if the aforesaid individual defendants are living, and if any or all of said individual defendants be dead, their heirs at law, next of kin, distributes, executors, administrators, trustees, committees, devisees, legatees and the assignees, lienors, creditors, successors in interest of them, and generally all persons having or claiming under, by, through or against the said defendants named as a class, any right, title or interest in or lien upon the premises described in the complaint herein,<br><br>                              Defendants. | No. 1:23-cv-09795-JGLC<br><br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL AND CANCELLATION OF NOTICES OF PENDENCY |

Upon all of the papers and pleadings filed in this action, including the Summons and Complaint filed on November 6, 2023 and the Notices of Pendency filed in the New York County Clerk's Office on November 8, 2023; and upon Plaintiff's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2) (the "Motion"), including the Declaration of Daniel W. Slemmer in support of the Motion dated January 28, 2026, and Plaintiff's memorandum of law in support of the Motion dated January 28, 2026; and given that the motion was unopposed; IT IS HEREBY ORDERED, that:

1.      Pursuant to the Order Appointing Receiver entered by the Court on May 15, 2025, the receivership of Orazio Crisalli (the "Receiver") terminated as of November 21, 2025.

2.      The Receiver shall prepare an accounting of the receipts and disbursements, along with a request for reimbursement and an application for compensation setting forth the amount sought for the services rendered by the Receiver, and the basis for the amount sought, for the Property (the "Receiver Accounting," setting forth the "Receiver Fees"), in accordance with 28 U.S.C.A. § 3103(g), and file such Receiver Accounting with the Court, together with any other applications or requests for relief, on notice to all parties on or before March 17, 2026.

3.      The above-captioned action is hereby dismissed as to all parties, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), subject only to the filing and disposition of the Receiver Accounting described in Paragraph 2 of this Order.

4.      Pursuant to N.Y. C.P.L.R. § 6514(a), the County Clerk of New York County is directed, upon payment of proper fees, if any, to cancel and discharge certain Notices of Pendency related to this action filed in the office of the County Clerk of New York County and in this action on November 8, 2023 against the property known as the BUFNY II Apartments, located at 531 Lenox Avenue, New York, NY; 163 West 136th Street, New York, NY; 102 West 137th Street, New York, NY; 106 West 137th Street, New York, NY; 110 West 137th Street, New York, NY;

1

124 West 137th Street, New York NY; and 176 West 137th Street, New York, NY 10030, and said

Clerk is hereby directed to enter upon the margin of the record of the same a Notice of Cancellation

referring to this Order.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: February 17, 2026
            New York, New York

2